# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Robert Worth James Weber, II,

          Plaintiff,                        JUDGMENT IN A CIVIL CASE

vs.                                         3:10-cv-317-MU

Chip Bailey, etc., et al.,

          Defendants.

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 20, 1010 Order.

                    Signed: July 20, 2010

                    Frank G. Johns, Clerk
                    United States District Court